IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | NO. 9:13-CV-58 |
| | § | |
| $44,698 IN UNITED STATES CURRENCY | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

This case is assigned to the Honorable Ron Clark, United States District Judge, and was referred for pretrial matters to the Honorable Judith Guthrie, United States Magistrate Judge. On August 16, 2013, due to Judge Guthrie's retirement, the case was transferred to United States Magistrate Judge Zack Hawthorn for pretrial management. On December 2, 2013, the magistrate judge entered a report (Doc. No. 10) recommending the court grant the Government's motion for default judgement (Doc. No. 8). The Clerk of Court was directed to serve the report and recommendation on all of the potential claimants at their last known addresses. (Doc. No. 10.) No objections have been filed to the magistrate judge's report and recommendation, and the time for doing so has passed. Furthermore, the court's independent review confirms that the magistrate judge's analysis is correct. It is, therefore,

**ORDERED** that the magistrate judge's "Report and Recommendation" (Doc. No. 10) is **ADOPTED**; and the Government's "Motion for Default Judgment" (Doc. No. 8) is **GRANTED** as to all claimants and potential claimants. A final judgment will be entered separately.

So **ORDERED** and **SIGNED** this **28** day of **February, 2014.**

_____
Ron Clark, United States District Judge